**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **SEAN ROSE, #R54602,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 23-cv-01027-SMY** |
| | ) | |
| **DENISE LIGHT, MONICA SHEETS, ANTHONY D. WILLS, KENDRA SIEP, and FRANK LAWRENCE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# NOTICE AND ORDER

This matter is before the Court on Plaintiff Sean Rose's Motion for Default Judgment against Defendant Monica Sheets. (Doc. 133). After the Fifth Amended Complaint survived screening under 28 U.S.C. § 1915A, Defendant Sheets was successfully served on May 4, 2026, and her answer was due on May 26, 2026. (Doc. 129). As of this date, Defendant Sheets has failed to move, answer, or otherwise plead in response to the Fifth Amended Complaint.

Under Federal Rule of Civil Procedure 55(a), the Clerk of Court must first enter default against a defendant who has failed to plead or otherwise defend before entering default judgment. *See In re Catt*, 368 F.3d 789, 793 (7th Cir. 2004). Accordingly, Plaintiff's Motion for Default Judgment against Defendant Sheets is **DENIED**, and the Court **ORDERS** as follows:

(1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendant Monica Sheets in accordance with Federal Rule of Civil Procedure 55(a).

(2) Plaintiff may file a motion for default judgment against Defendant Monica Sheets in accordance with Federal Rule of Civil Procedure 55(b) and include a request for damages on or before **October 28, 2026.**

(3) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and to each individual Defendant.

**DATED: October 7, 2026**

**STACI M. YANDLE**
**Chief U.S. District Judge**